**Defendant #1 Matthew Seidel**

**IP:** 76.106.19.204
**ISP:** Comcast Cable
**Location:** Washington, DC

| Title | Hash | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|---|
| Connie True Love | 71679AC10279FF767D09C054173F8FFCFB5D0F25 | 02/08/2012 | 02/17/2012 | 02/28/2012 00:45 |
| Carmen Poolside Striptease | 6043A4B9339307C03D99E94BF8FA76D0CF1D1267 | 01/09/2012 | 01/17/2012 | 02/28/2012 00:51 |
| Carmen An Afternoon to Remember | 8201E8345426656B9F50D7B674A59A093392C2E6 | 02/13/2012 | 02/17/2012 | 02/28/2012 00:54 |
| Anneli Leila Menage A Trois | 35813ECED30B923A57A5336F35BE686E3488F409 | 01/13/2012 | 01/17/2012 | 02/28/2012 00:54 |
| Angel Seaside Romp | AC3911D3F8C9B999D93812751A30816B312E6F5A | 01/04/2012 | 01/06/2012 | 02/28/2012 01:10 |
| Anneli Dream Girl | 3019ADFFA959DF3102809D6835656687140D90C5 | 12/19/2011 | 01/04/2012 | 02/28/2012 01:12 |
| Girls Night Out | A6425EBBCBFE7EB3E78029E52DC05065E32039BB | 11/14/2011 | 11/23/2011 | 02/28/2012 01:17 |
| Lunchtime Fantasy | EF962ECC5267B3E8C88D9C611FC159F4A4D97EF8 | 03/19/2012 | 03/19/2012 | 03/21/2012 02:02 |
| Breakfast in Bed | 0522756A5F18392D40FB2BF5D65F715C1D434B7D | 04/16/2012 | 04/17/2012 | 04/21/2012 03:07 |
| Roommates | 98C024DA66EF6914F58EDADBFB24BBF19BC2565F | 04/10/2012 | 04/11/2012 | 04/21/2012 16:23 |
| Perfect Girls | 43F39726CF50A4F81D920F748E8FFCC3B69CE1F8 | 03/28/2012 | 03/28/2012 | 04/21/2012 16:26 |
| Like The First Time | C9255BEF6851F39C0879F3C65DC851CE9ADCA38F | 02/29/2012 | 02/29/2012 | 04/21/2012 16:31 |
| Blonde Ambition | 0D0665535B7AE4DA392C1BE0875F6D1337EF3934 | 03/05/2012 | 03/06/2012 | 04/21/2012 16:32 |

**Total Statutory Copyright Infringements for Defendant #1 Matthew Seidel: 13**

EXHIBIT A