**Defendant #1 Matthew Seidel**

**IP:** 76.106.19.204
**ISP:** Comcast Cable
**Location:** Washington, DC

| IP | Hash | Title | Hit Date UTC |
|---|---|---|---|
| 76.106.19.204 | 71679AC10279FF767D09C054173F8FFCFB5D0F25 | True Love Connie | 02/28/2012 00:42 |
| 76.106.19.204 | 71679AC10279FF767D09C054173F8FFCFB5D0F25 | Connie True Love | 02/28/2012 00:43 |
| 76.106.19.204 | 71679AC10279FF767D09C054173F8FFCFB5D0F25 | True Love Connie | 02/28/2012 00:43 |
| 76.106.19.204 | 71679AC10279FF767D09C054173F8FFCFB5D0F25 | True Love Connie | 02/28/2012 00:43 |
| 76.106.19.204 | 8201E8345426656B9F50D7B674A59A093392C2E6 | An Afternoon To Remember | 02/28/2012 00:43 |
| 76.106.19.204 | 71679AC10279FF767D09C054173F8FFCFB5D0F25 | True Love Connie | 02/28/2012 00:43 |
| 76.106.19.204 | 8201E8345426656B9F50D7B674A59A093392C2E6 | An Afternoon To Remember | 02/28/2012 00:43 |
| 76.106.19.204 | 71679AC10279FF767D09C054173F8FFCFB5D0F25 | True Love Connie | 02/28/2012 00:44 |
| 76.106.19.204 | 71679AC10279FF767D09C054173F8FFCFB5D0F25 | True Love Connie | 02/28/2012 00:45 |
| 76.106.19.204 | 6043A4B9339307C03D99E94BF8FA76D0CF1D1267 | Poolside Striptease | 02/28/2012 00:51 |
| 76.106.19.204 | 8201E8345426656B9F50D7B674A59A093392C2E6 | An Afternoon To Remember | 02/28/2012 00:54 |
| 76.106.19.204 | 8201E8345426656B9F50D7B674A59A093392C2E6 | An Afternoon To Remember | 02/28/2012 00:54 |
| 76.106.19.204 | 35813ECED30B923A57A5336F35BE686E3488F409 | Leila And Anneli Menage A Trois | 02/28/2012 00:54 |
| 76.106.19.204 | 3019ADFFA959DF3102809D6835656687140D90C5 | Anneli Dream Girl | 02/28/2012 01:09 |
| 76.106.19.204 | AC3911D3F8C9B999D93812751A30816B312E6F5A | Angel Seaside Romp | 02/28/2012 01:10 |
| 76.106.19.204 | 3019ADFFA959DF3102809D6835656687140D90C5 | Anneli Dream Girl | 02/28/2012 01:12 |
| 76.106.19.204 | A6425EBBCBFE7EB3E78029E52DC05065E32039BB | Girls Night Out | 02/28/2012 01:17 |
| 76.106.19.204 | EF962ECC5267B3E8C88D9C611FC159F4A4D97EF8 | Lunchtime Fantasy | 03/21/2012 02:00 |
| 76.106.19.204 | EF962ECC5267B3E8C88D9C611FC159F4A4D97EF8 | Lunchtime Fantasy | 03/21/2012 02:00 |
| 76.106.19.204 | EF962ECC5267B3E8C88D9C611FC159F4A4D97EF8 | Lunchtime Fantasy | 03/21/2012 02:00 |
| 76.106.19.204 | EF962ECC5267B3E8C88D9C611FC159F4A4D97EF8 | Lunchtime Fantasy | 03/21/2012 |

EXHIBIT B

| IP | Hash | Title | Hit Date UTC |
|---|---|---|---|
| | | | 02:01 |
| 76.106.19.204 | EF962ECC5267B3E8C88D9C611FC159F4A4D97EF8 | Lunchtime Fantasy | 03/21/2012 02:01 |
| 76.106.19.204 | EF962ECC5267B3E8C88D9C611FC159F4A4D97EF8 | Lunchtime Fantasy | 03/21/2012 02:01 |
| 76.106.19.204 | EF962ECC5267B3E8C88D9C611FC159F4A4D97EF8 | Lunchtime Fantasy | 03/21/2012 02:02 |
| 76.106.19.204 | 0522756A5F18392D40FB2BF5D65F715C1D434B7D | Breakfast in Bed | 04/21/2012 03:00 |
| 76.106.19.204 | 0522756A5F18392D40FB2BF5D65F715C1D434B7D | Breakfast in Bed | 04/21/2012 03:02 |
| 76.106.19.204 | 0522756A5F18392D40FB2BF5D65F715C1D434B7D | Breakfast in Bed | 04/21/2012 03:06 |
| 76.106.19.204 | 0522756A5F18392D40FB2BF5D65F715C1D434B7D | Breakfast in Bed | 04/21/2012 03:07 |
| 76.106.19.204 | 98C024DA66EF6914F58EDADBFB24BBF19BC2565F | Roommates | 04/21/2012 16:17 |
| 76.106.19.204 | 98C024DA66EF6914F58EDADBFB24BBF19BC2565F | Roommates | 04/21/2012 16:18 |
| 76.106.19.204 | 98C024DA66EF6914F58EDADBFB24BBF19BC2565F | Roommates | 04/21/2012 16:23 |
| 76.106.19.204 | 98C024DA66EF6914F58EDADBFB24BBF19BC2565F | Roommates | 04/21/2012 16:23 |
| 76.106.19.204 | 43F39726CF50A4F81D920F748E8FFCC3B69CE1F8 | Perfect Girls | 04/21/2012 16:25 |
| 76.106.19.204 | 43F39726CF50A4F81D920F748E8FFCC3B69CE1F8 | Perfect Girls | 04/21/2012 16:26 |
| 76.106.19.204 | C9255BEF6851F39C0879F3C65DC851CE9ADCA38F | Like The First Time | 04/21/2012 16:28 |
| 76.106.19.204 | C9255BEF6851F39C0879F3C65DC851CE9ADCA38F | Like The First Time | 04/21/2012 16:31 |
| 76.106.19.204 | 0D0665535B7AE4DA392C1BE0875F6D1337EF3934 | Blonde Ambition | 04/21/2012 16:32 |

EXHIBIT B