**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                             Civil Action No. 1:12-cv-01330-JDB

MATTHEW SEIDEL,

    Defendant.

_____/

**STIPULATED DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE, Plaintiff, Malibu Media, LLC, and Defendant, Matthew Siedel, hereby stipulate that all claims against each other in this matter are hereby dismissed <u>with prejudice</u>.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Jon A. Hoppe* | By: /s/ *George R. Doumar* |
| Jon A. Hoppe, Esquire #438866 | George R. Doumar, Esquire |
| Counsel for Plaintiff | Doumar Martin, PLLC |
| Maddox, Hoppe, Hoofnagle & | 2000 North 14th Street |
| Hafey, L.L.C. | Suite 210 |
| 1401 Mercantile Lane #105 | Arlington, VA 22201 |
| Largo, Maryland 20774 | Telephone: 703-243-3737 |
| Telephone: (301) 341-2580 | Signed by permission upon consultation |

Dated: April 3, 2013

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                      Civil Action No. 1:12-cv-01330-JDB

MATTHEW SEIDEL,

    Defendant.

_____/

**ORDER ON STIPULATION FOR DISMISSAL**

THIS CAUSE came before the Court upon the Parties' Stipulation that all claims against each other in this matter are dismissed <u>with prejudice</u>, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's and Defendant's claims against each other in this matter are hereby dismissed with prejudice.

SO ORDERED this ___ day of _____, 2013.

By: _____
    **UNITED STATES MAGISTRATE JUDGE**